NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PICTURE PATENTS, LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

and

**INTELLINET, INC.,**
*Counterclaim Defendant-Appellant,*

v.

**AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., MLB ADVANCED MEDIA, L.P., MAJOR LEAGUE BASEBALL PROPERTIES, INC., NBA MEDIA VENTURES, LLC, NBA PROPERTIES, INC., NATIONAL BASKETBALL ASSOCIATION, and THE CHARLOTTE RUSSE, INC.,**
*Defendants-Appellees,*

and

**GSI COMMERCE SOLUTIONS, INC. and GSI COMMERCE, INC.,**
*Defendants/Counterclaimants-Appellees,*

and

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Defendant/Counterclaimant-Appellee.*

---

2011-1558

---

Appeal from the United States District Court for the Southern District of New York in No. 07-CV-5567, Judge John G. Koeltl.

---

**JUDGMENT**

---

THOMAS J. PARKER, Alston & Bird, of New York, New York argued for plaintiff/counterclaim defendant-appellant Picture Patents, LLC. and counterclaim defendant-appellant Intellinet, Inc. With him on the brief were MICHAEL S. CONNOR and DAVID M. ALBAN, of Charlotte, North Carolina.

NATHAN K. CUMMINGS, Cooley LLP, of Reston Virginia, argued for defendants-appellees Aeropostale, Inc, et al and defendants/counterclaimants-appellees GSI Commerce, et al. With him on the brief were LORI MASON; and JANET L. CULLUM, of New York, New York

MARK J. ABATE, Godwin Procter LLP, of New York, New York, argued for defendant/counterclaimant-appellee International Business Machines Corporation. With him on the brief were CALVIN E. WINGFIELD, JR.; and WILLIAM F. SHEEHAN, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and WALLACH, *Circuit Judges*).
                 **AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 13, 2012                    /s/ Jan Horbaly
Date                                   Jan Horbaly
                                          Clerk